In re **Alex Russell Keith**  Case No. **23-21419**
Debtor(s)  Chapter **7**

# DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**
Mark statement that applies to you:

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____
_____
_____
_____

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on **November 29, 2023**  (date) by  **/s/ Alex Russell Keith**
 **Alex Russell Keith**  (debtor)

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / AYW 21445919 | 01/ | 1254133 | 1 of 1 |

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

# Earnings Statement



Period Starting: 11/01/2023
Period Ending: 11/30/2023
Pay Date: 11/01/2023

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 1
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 38.50 | 770.00 | 4335.00 |
| Gross Pay | | | $770.00 | $4,335.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 38.50 | 216.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -47.74 | 268.77 |
| Medicare | -11.17 | 62.86 |
| Kansas State Income | -9.02 | 45.27 |
| Net Pay | $702.07 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 702.07 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $770.00

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

Pay Date: 11/01/2023

Deposited to the account
Savings DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 702.07 |

THIS IS NOT A CHECK

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / AYW 21445919 | 01/ | 1244974 | 21 of 1 |

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

# Earnings Statement

**ADP**

Period Starting: 10/01/2023
Period Ending: 10/31/2023
Pay Date: 09/29/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 1
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 26.75 | 535.00 | 3565.00 |
| Gross Pay | | | $535.00 | $3,565.00 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | 0.00 | 0.00 |
| Social Security | | -33.17 | 221.03 |
| Medicare | | -7.75 | 51.69 |
| Kansas State Income | | -1.73 | 36.25 |
| Net Pay | | $492.35 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 26.75 | 178.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 492.35 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $535.00

---

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

Pay Date: 09/29/2023

Deposited to the account
Savings DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 492.35 |

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

Company Code   Loc/Dept   Number   Page
R4 / AYW 21445919   01/   12364697 1 of 1
SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

# Earnings Statement

Period Starting: 09/01/2023
Period Ending: 09/30/2023
Pay Date: 09/01/2023

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 1
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

**Alex Keith**
8690 West 109th Street
Overland Park, KS 66210

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.25 | 805.00 | 3030.00 |
| Gross Pay | | | $805.00 | $3,030.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.25 | 151.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -49.91 | 187.86 |
| Medicare | -11.68 | 43.94 |
| Kansas State Income | -10.10 | 34.52 |
| Net Pay | $733.31 | |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 733.31 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $805.00

---

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

Pay Date: 09/01/2023

Deposited to the account
Savings DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 733.31 |

THIS IS NOT A CHECK

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / AYW 21445919 | 01/ | 12273333 | 1 of 1 |

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

# Earnings Statement

**ADP**

Period Starting: 08/01/2023
Period Ending: 08/31/2023
Pay Date: 08/01/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 1
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 34.25 | 685.00 | 2225.00 |
| Gross Pay | | | $685.00 | $2,225.00 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | 0.00 | 0.00 |
| Social Security | | -42.47 | 137.95 |
| Medicare | | -9.93 | 32.26 |
| Kansas State Income | | -6.38 | 24.42 |
| Net Pay | | $626.22 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 34.25 | 111.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 626.22 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $685.00

---

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

Pay Date: 08/01/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Savings DirectDeposit | XXXXXX1553 | XXXXXXXXX | 626.22 |

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| | Company Code | Loc/Dept | Number | Page |
|---|---|---|---|---|
| | R4 / AYW 21445919 | 01/ | 12173029 | 1 of 1 |

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

# Earnings Statement

**ADP**

Period Starting: 07/01/2023
Period Ending: 07/31/2023
Pay Date: 06/30/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  1
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 1540.00 |
| **Gross Pay** | | | **$800.00** | **$1,540.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -49.60 | 95.48 |
| Medicare | -11.60 | 22.33 |
| Kansas State Income | -9.95 | 18.04 |
| **Net Pay** | | **$728.85** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 77.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 728.85 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $800.00

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

Pay Date: 06/30/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Savings DirectDeposit | XXXXXX1553 | XXXXXXXXX | 728.85 |

THIS IS NOT A CHECK

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Company Code | Loc/Dept | Number Page |
|---|---|---|
| R4 / AYW 21445919 | 01/ | 120827701 of 1 |

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

# Earnings Statement



Period Starting: 06/01/2023
Period Ending: 06/30/2023
Pay Date: 06/01/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:    1
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Alex Keith
8690 West 109th Street
Overland Park, KS 66210

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.00 | 740.00 | 740.00 |
| Gross Pay | | | $740.00 | $740.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 37.00 | 37.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -45.88 | 45.88 |
| Medicare | -10.73 | 10.73 |
| Kansas State Income | -8.09 | 8.09 |
| Net Pay | | $675.30 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1553 | XXXXXXXXX | 675.30 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $740.00

SAMBOL PACKING INC
PO BOX 13376
OVERLAND PARK, KS 66282

Pay Date: 06/01/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Savings DirectDeposit | XXXXXX1553 | XXXXXXXXX | 675.30 |

**THIS IS NOT A CHECK**

Alex Keith
8690 West 109th Street
Overland Park, KS 66210